**Order entered February 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00696-CV

**DAVID DIAZ, ET AL., Appellants**

**V.**

**SMS FINANCIAL CAP, LLC, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00653-2011**

## ORDER

On February 2, 2022, the Court issued an order on appellees' motion to dismiss the appeal but failed to reset the deadline for appellees' brief on the merits. Appellees shall file their brief on or before **February 28, 2022**.

/s/    ROBERT D. BURNS, III
          CHIEF JUSTICE